✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**EXHIBIT AND WITNESS LIST**

UNITED STATES
V.
THOMAS SCOLA
FEDERICO NIVAR

Case Number:  MJ# 04-812-MBB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| BOWLER | PELGRO/TOBIN | BASSIL/CONRAD |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 4/12/04 | DIGITAL | SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/12/04 |  |  | STEVEN C. STORY; SPC. AGENT, D.E.A.; for the Government |
| 1 |  | 4/12/04 | X | X | Affidavit of Agent Steven Story |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages