UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) Criminal No. 04-10135-GAO
v. )
)
THOMAS SCOLA, ET AL. )

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael J. Pelgro
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: May 4, 2004