UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10135-GAO |
| ) | |
| **THOMAS SCOLA,** ) | |
| **FEDERICO NIVAR, and** ) | |
| **JILL E. DOUCETTE** ) | |
| ) | |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from December 9, 2004(the date of a scheduled Status Conference) to and including January 20, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial. The defendants, through counsel, assented to this request at the Status Conference on December 9, 2004.

         Respectfully submitted,

         MICHAEL J. SULLIVAN
         United States Attorney

       By: */s/ David G. Tobin*
         DAVID G. TOBIN
         Assistant U.S. Attorney

Dated:  December 9, 2004