### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10135-GAO |
| | ) | |
| THOMAS SCOLA, | ) | |
| FEDERICO NIVAR, and | ) | |
| JILL E. DOUCETTE | ) | |
| | ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 25, 2005(the date of a scheduled Status Conference) to and including March 10, 2005 (the date of the next Status Conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendants in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on January 25, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: _/s/ David G. Tobin_____
DAVID G. TOBIN
Assistant U.S. Attorney

Dated:  January 25, 2005