# Carney & Bassil

A Professional Corporation

Attorneys at Law

20 Park Plaza
Suite 1405
Boston, MA 02116

J. W. CARNEY, JR.
JANICE BASSIL
MICHAEL J. TRAFT
ANDREW M. D'ANGELO
REINALDO GONZALEZ
ROSANNE KLOVEE

TEL. (617) 338-5566
FAX (617) 338-5587

JAMES M. DOYLE
OF COUNSEL

www.CarneyBassil.com
admin@CarneyBassil.com

January 26, 2005

David Tobin
Assistant United States Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

RE: U.S. v. Thomas Scola

Dear Dave,

Thank your for all of the information, but I need some help in deciphering the notes.

I need to know when or for what exhibits the chemist used the "laboratory bag" as opposed to subtracting the packaging the drugs came in. I have gone through all of the notes and it seems to me that the packaging weight varies from exhibit to exhibit - which it shouldn't if he used the standard lab bag.

I think the answer lies in an explanation of what the notes mean. I am attaching the pages from the lab notes. They are in the order in which you gave them to me. I have quoted the notes as best I could, indicating what I can't decipher or understand. I have also circled in red the information I can't decipher. It appears that Section 13 on the second page entitled Forensic Chemist Worksheet is where the notes about the weight are written.

Here are my issues/questions:

Ex. 19 : These were six capsules and it looks like they were not crushed. Were the drugs in that exhibit weighed in the capsules? I think the note is "----(can't decipher) was

heated (?) sealed in its original envelope w(with?) packaging + composite (?) vial." I don't know if I have the words right and if I do, I don't know what they mean. How much did each capsule weigh? Was the powder taken out of each capsule? The gross weight on this Exhibit is 25.5 grams. The net weight is 1.2 grams. This leads me to believe that the 6 capsules weighed 24.3 grams, or approximately 8 grams per capsule. Am I correct in these assumptions?

Ex. 24: These look like the six crushed capsules. What does "Pee" and "Pee/HS" mean? It looks like the section concerning the weight, No. 13 Reserve Evidence says: "It was heat sealed in its original envelope → original packaging + composite (?) ---(can't decipher). What does this mean? If the word composite is correct, it is repeated in the other lab reports. What is a composite Bag?

Ex. 70: In Section 13; "Ex 70 → 1 Pee/HS → packaging + composite (?) Bag → Et(?)(or is it Wt for weight?) " What does this mean?

Ex. 26: In Section 13; "It was heated (?) sealed in original Pee → original packaging + substitute bag with ----(can't decipher) → et(?)". What does this mean? Is this one of the weights were the standardized lab bag was used? Does this mean that the bag weighed 3.51 grams? (Difference between gross and net weight).

Ex. 29: In Section 13; "Ex 29 original Pee/HS → composite(?) Bag + original packaging → et(?)" What does this mean?

Ex. 32: In Section 13; "Ex 32 → original Pee/HS → composite (?) Bag + packaging → Et (?)" What does this mean?

Ex. 33: In Section 13; "Ex 33 → original Pee/HS → original packaging + composite (?) Bag → Et(?)" What does this mean?

Ex. 35: In Section 13; its partially cut off but it says " 1Pee/HS → packaging + composite (?) Bag → Et (?) What does this mean?

Ex. 36: In Section 13; "Exhibit 36 → 1 (or it could be / ) Pee/HS → packaging + composite (?) Bag → Et (?)". What does this mean?

Ex. 38; In Section 13; "Exhibit 38 → 1 Pee/HS → packaging (?) + composite (?) Bag → Et (?)." What does this mean?

Ex. 40; In Section 13; "Ex 40 → Pee/HS → packaging + composite (?) Bag → Et(?)". What does this mean?

Ex. 57: In Section 13. "Exhbiit 57 1 Pee/Hs → packaging = composite (?) Bag → Et (?)". What does this mean?

Ex. 60: In Section 13; "1 Pee/HS →packaging + composite(?) →Et (?)". What does this mean?

Ex. 63: Section 13; " Ex 67 pee/HS packaging + comp→(can't decipher) Bag → Et(?)". What does this mean?

Ex. 64: section 13; "Exhibit 64 → 1Pee/HS → packaging + composite (?) bag." What does this mean?

I think if I understood the chemist's writing and an explanation of the short hand explanations he uses, I would know how each exhibit was weighed and could proceed from there.

Also, I think your letter confused Exhibit 19 with Exhibit 24 or were there two exhibits with capsules in which the capsules were crushed?

Thank you for your assistance in this matter. As you know, the weight in this case is a critical issue and it is very important that the manner in which the drugs were weighed is clear.

Very truly yours,

Janice Bassil

cc: counsel of record
Thomas Scola

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. EX 19 |
|---|---|---|---|
| 1. FROM D. michael | 2. DATE 1/19/04 | ☒ Intact ☐ Broken ☐ None | CL-03-0207/72  161782 |

**5. DESCRIPTION OF EVIDENCE**

EX 19 - 1 (Pee /Hs) → a small clean plastic bag → 6 clean gelatin capsules w/ tan powder. Each capsule was usual shaped w/ powder ⬭, no markings

**6. SUMMARY OF FINDINGS**

Exhibit 19 contains heroin (Salt undetermined) And Procaine (Salt undetermined)
Gross wt = 25.5g   net wt = 0.85g RG
Net wt 1.2g (6 capsules)

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 19 | 161782 | heroin (Calculated as the hydrochloride salt) | 17.0% 24.1 mg/cap | 0.14g 0.14g | 0.56g RG 0.84g (3.9 caps) |

**13. RESERVE EVIDENCE**

(It) was heat sealed in its original envelope w/ packaging + (Composite) vial

| 14. FORENSIC CHEMIST'S SIGNATURE Roger W Goduno | 15. DATE REPORTED 1/20/04 | 16. REVIEWED BY (Initials) & DATE VM 1/21/04 |
|---|---|---|

**17. REMARKS**
9200.900
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

**RECEIVED**
1. FROM: Imilo
2. DATE: 1-21-04
3. SEALS: [X] Intact [ ] Broken [ ] None
4. FILE NO./EXHIBIT NO./LAB NO.: CC-03-0207/24/162056

5. DESCRIPTION OF EVIDENCE:

Ex 24 → a Pee/14S with several crush capsules. I was unable to count them. The powder was loose in Pee + contead the Pee. The crushed capsules were clear gelatin, usual shaped. It appears that they originally contained the tan loose powder.

6. SUMMARY OF FINDINGS:

Exhibit 24 contains heroin, procaine, lidocaine and caffeine (Salt undetermined.)
Gross wt = 25.5g   Net wt = 0.77g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 24 | 162056 | heroin (Calc as the hydrochloride salt) | 7.87% | 0.060g | 0.100g |

13. RESERVE EVIDENCE:

It was heat sealed in its original envelope → original packaging + computer null

14. FORENSIC CHEMIST'S SIGNATURE: Roger W. Tedino
15. DATE REPORTED: 1/26/04
16. REVIEWED BY (Initials) & DATE: JM 1/26/04

17. REMARKS:
9000.900
8224.900
8228.900
1551.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

ph 1/27

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. FROM | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| L. Palmateri | 4/23/04 | ☒ Intact ☐ Broken ☐ None | CC-03-0207 / 70 / 164315 |

**5. DESCRIPTION OF EVIDENCE**

1 Pc 1 Hs → a triple clear plastic bag secured w/ knots → 6 pellets of compressed powder and loose powder (light brown in color)

**6. SUMMARY OF FINDINGS**

Exhibit 70 contains heroin hydrochloride and procaine (salt undetermined)
Gross wt 84.2g    net wt = 48.0g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 70 | 164315 | heroin hydrochloride | 28% | 13.4g | 47.6g |

**13. RESERVE EVIDENCE**

Ex 70 → (1 Pc 1 Hs) → packaging + (composite bag) SEA

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| Roger W. Godino | 4/27/04 | PM 4/29/04 |

**17. REMARKS**

9200.005
8224.900

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

**RECEIVED**
1. FROM: Imelo
2. DATE: 11/29/04
3. SEALS: ☒ Intact  ☐ Broken  ☐ None
4. FILE NO./EXHIBIT NO./LAB NO.: CC-03-0207/26/162259

**5. DESCRIPTION OF EVIDENCE**

EX 26 → (1 Pee l+s →) a 1 clean plastic bag with light brown powder secured in a knot.  (double)

**6. SUMMARY OF FINDINGS**

Exhibit 26 contains heroin and procaine (salt forms undetermined)

Gross wt = 30.7g
net wt = 4.7g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 26 | 162259 | heroin (calculated as the hydrochloride salt) | 17.0% | 0.79g | 4.3g |

**13. RESERVE EVIDENCE**

It was heat sealed in original (Pee) → original packaging + substitute bag with (contents. → et)

**14. FORENSIC CHEMIST'S SIGNATURE:** Roger W. Hodino
**15. DATE REPORTED:** 2/04/04
**16. REVIEWED BY (Initials) & DATE:** JM 2/5/04

**17. REMARKS:**
9200.900
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.          Electronic Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| FROM D. michael | 2. DATE 2/02/04 | [X] Intact  [ ] Broken  [ ] None | CC-03-0207 / 29 / 162412 |

**DESCRIPTION OF EVIDENCE** (received 2/02/04)

Ex 29 — a double clear plastic bag w/ a light brown powder secured by a knot.

**6. SUMMARY OF FINDINGS**

Exhibit 29 contains heroin and procaine (salt forms undetermined).

Gross wt = 33.8 g
net wt = 7.9 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 29 | 162412 | heroin ~~Heroin HCl~~ (calc'd as the hydrochloride salt) | 9.7 % | 0.76 g | 7.6 g |

**13. RESERVE EVIDENCE**

Ex 29 original Pce / HS → (compound) bag + original packaging R ct

**14. FORENSIC CHEMIST'S SIGNATURE**
Roger W. Godino

**15. DATE REPORTED** 2/05/04

**16. REVIEWED BY (Initials) & DATE** 2/5/04

**17. REMARKS**
9200.900
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

pl 2/6

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. FROM | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| D michael | 2/23/04 | [X] Intact  [ ] Broken  [ ] None | CC-03-0207 / 32 / 162591 |

**5. DESCRIPTION OF EVIDENCE**

Ex 32 → 1 Pc/Hs → a double clear plastic bag secured in knots. The bag contained a light brown powder.

**6. SUMMARY OF FINDINGS**

Exhibit 32 contains heroin Hy (salt undetermined) and procaine (salt undetermined) RG

Gross wt = 39.4g
net wt = 12.8g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 32 | 162591 | heroin (Calculated as the hydrochloride salt) | 33% | 4.2g | 12.4g |

**13. RESERVE EVIDENCE**

Ex 32 → (Original Pce/Hs → Composite Bag) + packaging @ Et

**14. FORENSIC CHEMIST'S SIGNATURE:** Roger W Godino
**15. DATE REPORTED:** 2/27/04
**16. REVIEWED BY (initials) & DATE:** YK 3/1/04

**17. REMARKS:**
9200.900
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

YK 3/1

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM L. Edmundepi | 2. DATE 3/26/04 | ☒ Intact  ☐ Broken  ☐ None | CC-03-0207 / 33 / 162 894 |

**5. DESCRIPTION OF EVIDENCE**

EX 33 → 1 Pee Hts → a double clear plastic bag secured w/knot. It contains a brown powder.

**6. SUMMARY OF FINDINGS**

Exhibit 33 contains heroin hydrochloride and procaine hydrochloride

Gross wt = 39.4g
Net wt = 12.7g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 33 | 162894 | heroin hydrochloride | 38.9% | 4.8g | 12.3g |

**13. RESERVE EVIDENCE**

Exhibit 33 → original 1 Pee Hts → original packaging + Compart Bag

→ ET

| 14. FORENSIC CHEMIST'S SIGNATURE Rogerw Dodino | 15. DATE REPORTED 3/08/04 | 16. REVIEWED BY (Initials) & DATE WM 3/9/04 |
|---|---|---|

**17. REMARKS**

9200.005
8224.005

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

kl 3/9

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM  Palmunteri | 2. DATE  2/26/04 | ☒ Intact  ☐ Broken  ☐ None | CC-03-0207/35/162970 |

**5. DESCRIPTION OF EVIDENCE**

EX 35 → (Pee1HS) → a double clear plastic bag with a light brown powder, secured in a knot.

**6. SUMMARY OF FINDINGS**

EX 35 contains heroin hydrochloride and procaine hydrochloride

Gross wt = 35.0 g
net wt = 9.7 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 35 | 162970 | heroin hydrochloride | 34% | 3.2 g | 9.3 g |

**13. RESERVE EVIDENCE**

nya 1 Pee 1HS → packaging + composite bag → Ed

| 14. FORENSIC CHEMIST'S SIGNATURE  Rogene Dodino | 15. DATE REPORTED  3/8/04 | 16. REVIEWED BY (Initials) & DATE  JM 3/9/04 |

**17. REMARKS**
9200.005
8224.005

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

hl 2/9

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM  I. Milo | 2. DATE  3/17/04 | [X] Intact  [ ] Broken  [ ] None | CC-03-0207/36/Q    162112 |

**5. DESCRIPTION OF EVIDENCE**

Ex 36 → 1 Pee /H5 → a clear plastic Bag of Brown powder

**6. SUMMARY OF FINDINGS**

Exhibit 36 contains heroin (salt undetermined)
And Procaine (salt undetermined)
Gross wt = 34.2g
Net wt = 7.7g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 36 | 162112 | heroin (Calc as the hydrochloride salt) | 25.0% | 1.9g | 7.3g |

**13. RESERVE EVIDENCE**

Exhibit 36 → 1 Pee /H → packag+ + Import Bag → ET

**14. FORENSIC CHEMIST'S SIGNATURE**  Roger W Godero

**15. DATE REPORTED**  3/17/04

**16. REVIEWED BY** (Initials) & DATE  hu 3/18/04

**17. REMARKS**
9200.005
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.        Electronic Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM: Ikulo | 2. DATE: 3/26/04 | [X] Intact  [ ] Broken  [ ] None | CC-03-0207 / 38 / 163376 |

5. DESCRIPTION OF EVIDENCE

Exhibit 38 → (See IHS →) a clear plastic bag w tan powder

6. SUMMARY OF FINDINGS

Exhibit 38 contains heroin hydrochloride and procaine (salt undetermined)

Gross wt = 34.7g
net wt = 7.5g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 38 163376 Rs | 163376 | heroin hydrochloride | 18.0% | 1.3g | 7.1g |

13. RESERVE EVIDENCE

Exhibit 38 → (See IHS →) packing + (separate bag) → E4

14. FORENSIC CHEMIST'S SIGNATURE: Rogers Lodino
15. DATE REPORTED: 4/01/04
16. REVIEWED BY (initials) & DATE: YM 4/2/04

17. REMARKS:
9200.005
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. RECEIVED FROM | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| L S palmeter | 4/1/04 | ☒ Intact  ☐ Broken  ☐ None | CC-03-0207/40/163544 |

**5. DESCRIPTION OF EVIDENCE**

EX 40 → (see IHS) → a double clear plastic baggie secured in a knot containing a light brown powder.

**6. SUMMARY OF FINDINGS**

Exhibit 40 contains heroin (salt undetermined) and procaine (salt undetermined)

Gross wt = 58.6 g
Net wt = 7.5 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 40 | 163544 | heroin (calc as the Hydrochloride salt) | 9.9 % | 0.74 g | 6.8 g |

**13. RESERVE EVIDENCE**

EX 40 → (see IHS) → packaging + (composite) Bag → (Et)

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY /initials/ & DATE |
|---|---|---|
| Roger W Godino | 4/07/04 | JM 4/8/04 |

**17. REMARKS**

9200.900
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. RECEIVED | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| | 4/7/04 | [X] Intact [ ] Broken [ ] None | CC-03-0207/57/163751 |

5. DESCRIPTION OF EVIDENCE

→ (Pee/HS) → a clear plastic Bag secured in a knot, containing a tan powder in it.

6. SUMMARY OF FINDINGS

Exhibit 57 contains heroin hydrochloride and procaine (salt undetermined)

Gross wt = 36.9 g
Net wt = 9.2 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 57 | 163751 | heroin hydrochloride | 13 % | 1.1 g | 8.9 g |

13. RESERVE EVIDENCE

Exhibit 57 (Pee/HS) packages + Composite Bag + Ef

14. FORENSIC CHEMIST'S SIGNATURE: Roger W. Godino

15. DATE REPORTED: 4-9-04

16. REVIEWED BY (Initials) & DATE: JM 4/12/04

17. REMARKS:
9200.005
8224.900

FORM DEA-86 (6-00) Previous editions are obsolete.    Electronic Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM<br>D michael | 2. DATE<br>4-8-04 | [X] Intact [ ] Broken [ ] None | CC-03-0207/60/163867 |

**5. DESCRIPTION OF EVIDENCE**

EX 60 → (Pee/HS) → a double clear plastic Bag secured in a knot with light brown powder

**6. SUMMARY OF FINDINGS**

Exhibit 60 contain heroin (salt undetermined) And procaine (salt undetermined)
Gross wt = 34.6g
Net wt = 8.1g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 60 | 163867 | heroin (Calculated as the hydrochloride salt) | 11% | 0.89g | 7.7g |

**13. RESERVE EVIDENCE**

(Pee/HS) → packaging + composite 8ct

**14. FORENSIC CHEMIST'S SIGNATURE** Rogerio Gerdeno

**15. DATE REPORTED** 4-12-04

**16. REVIEWED BY (Initials) & DATE** JM 4/14/04

**17. REMARKS**
9200.900
8224.900

FORM DEA-86 (6-00) *Previous editions are obsolete.*

Electronic Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM: I milo | 2. DATE: 4-9-04 | [X] Intact  [ ] Broken  [ ] None | CC-03-0207 / 63 / 163925 |

**5. DESCRIPTION OF EVIDENCE**

EX 63 → (see IHS) → a double clear plastic bags secured in a knot, containing a tan powder.

**6. SUMMARY OF FINDINGS**

Exhibit 63 contains heroin (salt undetermined), Traces of Cocaine (salt undetermined) & procaine (salt undetermined) and acetaminophen.

Gross wt = 35.1 g
net wt = 8.9 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 63 | 163925 | heroin (calc. as hydrochloride salt) | 12% | 1.0 g | 8.5 g |
| | 163925 | cocaine | Traces RC | | |

**13. RESERVE EVIDENCE**

Ex 63 (see IHS) → packaging & (Consumption) Bag → Est

**14. FORENSIC CHEMIST'S SIGNATURE:** Roger W Dodino

**15. DATE REPORTED:** 4/12/04

**16. REVIEWED BY (Initials) & DATE:** JM 4/14/04

**17. REMARKS:**
9200.900
9041.905
8224.900
8102.000

FORM DEA-86 (6-00) Previous editions are obsolete.

Electronic Version Designed in JetForm 5.2 Version

JM 4/16/04

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. FROM (RECEIVED) | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| L Palminteri | 4-13-04 | [X] Intact [ ] Broken [ ] None | CC-03-0207 / 64 / 164154 |

**5. DESCRIPTION OF EVIDENCE**

EX 64 → a double clear plastic bag knotted → fine Light Brown powder

**6. SUMMARY OF FINDINGS**

Exhibit 64 contains heroin & (salt undetermined) Procaine (Salt undetermined) and acetaminophen

Gross wt = 34.8 g
Net wt = 8.1 g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 64 | 164154 | heroin (Calculated as the hydrochloride salt) | 14% | 1.1 g | 7.7 g |

**13. RESERVE EVIDENCE**

Exhibit 64 → (Ree/HS) → packaging + (composite) bag

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| Rogers Hodum | 4/21/04 | fln 4/23/04 |

**17. REMARKS**

9200.900
8224.900
8102.000

FORM DEA-86 (6-00) Previous editions are obsolete.