

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 23, 2005

**by facsimile**
Janice Bassil, Esquire
20 Park Plaza, Suite 1405
Boston, MA 02116

    Re: <u>United States v. Thomas Scola</u>

Dear Ms. Bassil:

    This letter is in response to your discovery letter dated January 26, 2005. The United States respectfully declines to provide you with answers to the approximately twenty-four questions posed in your letter. The United States has fully complied with its discovery obligations. As you are aware, in an attempt to answer your previous questions, the United States contacted DEA Forensic Chemist Roger W. Godino and made inquiry about the procedures used to weigh the drugs in this case. The undersigned has related to you Mr. Godino's responses. Your most recent request exceeds that which is required of the United States in discovery. The United States anticipates it will call Mr. Godino as a witness at the defendant's trial. The defense will have an opportunity to cross-examine Mr. Godino and will be able to obtain answers to all of its questions at that time.

    Thank you for your attention to this matter.

Ms. Bassil
February 23, 2005
Page 2

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

              By: _____
                        DAVID G. TOBIN
                        Assistant U.S. Attorney
                        U. S. Attorney's Office
                        John Joseph Moakley
                        United States Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA  02210