# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10135-GAO

UNITED STATES OF AMERICA

v.

THOMAS SCOLA
FREDERICO NIVAR
JILL DOUCETTE

## *FINAL STATUS REPORT*

April 8, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendants with conspiracy to possess with the intent to distribute and to distribute heroin and possession with the intent to distribute and distribution of heroin, was returned on April 29, 2004;

    2. Defendants Thomas Scola and Frederico Nivar were arraigned on the Indictment on May 13, 2004.  Defendant Jill Doucette was arraigned on the Indictment on May 27, 2004;

3. The defendants are in custody on the charges;

4. At the time of the arraignments, the attorney for the government estimated that the government would call approximately ten to15 witnesses and that the trial would last approximately one week;

5. Counsel for defendants Nivar and Doucette have requested that a hearing be scheduled before the district judge on their the motions to suppress. Counsel for defendant Scola has requested that a status conference be scheduled before the district judge;

6. As of the date of this Final Status Report, time has been excluded through April 8, 2005;

7. This case is hereby returned to the district judge to whom it is assigned.

/s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge