UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 04-10135GAO |
| ) | |
| THOMAS SCOLA ) | |

## COURT ORDER

THIS MATTER having come before the Court on application of the defendant Thomas Scola, by his attorney Janice Bassil, for an order directing an authorized representative of Drug Enforcement Agency, (DEA) or their designated representative to deliver drug evidence to a DEA authorized location in Boston, MA. The drugs are described as DEA Exhibits 19, 24, 26, 27, 32, 33, 35, 36, 38, 40, 57, 60, 63, & 64.

Dr. Harvey Cohen will weigh all the drug property listed as DEA Exhibits 19, 24, 26, 27, 32, 33, 35, 36, 38, 40, 57, 60, 63, & 64 and will return the property to the containers in which they were delivered; the authorized representative of the DEA or their designated representative will then witness the drug material being weighed by Dr. Harvey Cohen; Dr. Harvey Cohen will return to the authorized DEA representative all material provided it for testing; and David Tobin, United States Assistant District Attorney of Massachusetts, consents to the form and entry of this order, and for good and sufficient cause shown.

WHEREFORE, it is on this 28th day of October, 2005, ORDERED that an authorized representative of the DEA or their designated representative will deliver on a date mutually agreeable to Dr. Cohen and a DEA representative the property which is Exhibits 19, 24, 26, 27, 32, 33, 35, 36, 38, 40, 57, 60, 63, & 64 to a location selected by the DEA. A DEA agent has been provided with Dr. Cohen's telephone number and email and shall contact Dr. Cohen directly to make arrangements. Dr. Cohen will weigh all of the drug property listed as Exhibits 19, 24, 26, 27, 32, 33, 35, 36, 38, 40, 57, 60, 63, & 64 and the DEA agent or its representative will witness the test, and Dr. Cohen will return the property to the containers in which they were delivered.

_____
Hon. George A. O'Toole
United States District Court

October 28, 2005