December 18, 2005

From: Thomas Scola
#37496
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA. 02360

Criminal No: 04-10135-GAO

TO: Clerk of Court For Honorable George O'Toole,

    I, Thomas Scola am Respectfully asking the Court to mail me The Docket Entry Sheets pertaining to my Criminal Case No. 04-10135-GAO.
    Please Send these Documents to the above address. Thank-You for all your help and understanding in this matter.

Respectfully,

Thomas Scola