| CRIMINAL COMPLAINT | DOCKET NUMBER 8936 Cr 0858 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| COURT DIVISION SALEM | NAME, ADDRESS AND ZIP CODE OF DEFENDANT Thomas P. Scola, LaRose Avenue, Gloucester, Mass. | TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT: The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| DEF. DOB 6/19/70 | OFFENSE CODE(S) 802 1832 | |
| DATE OF OFFENSE 3/6/89 | PLACE OF OFFENSE Beverly | |
| COMPLAINANT Trooper Glasheen | POLICE DEPARTMENT SP | |
| DATE OF COMPLAINT 3/7/89 | RETURN DATE AND TIME 3/7/89 | |

COUNT-OFFENSE

a. POSS. CLASS B SUB. W/INT.TO DISTRIB./MFG. C94C S32A

not being authorized by law, did knowingly or intentionally possess with intent to manufa< distribute or dispense a controlled substance in Class "B" of G.L. c.94C, s.31, to wit: LSD, in violation of G.L. c.94C, s.32A.

COUNT-OFFENSE

b. CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40

did conspire with Stephen Goulart, Carrie Orlando, and Michael Tarantino to violate the provisions of G.L. c.94C, to wit: LSD, in violation of G.L. c.94C, s.40.

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT x /s/ Francis J. Glasheen | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK x /s/ Margaret Farmer | ON (DATE) 3/7/89 | ADDITIONAL COUNTS ATTACHED ☐ |
|---|---|---|---|
| FIRST JUSTICE Samuel E. Zoll | | COURT ADDRESS 65 Washington Street Salem, MA 01970 | |
| A TRUE COPY   CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | | |

| DOCKET | DOCKET NUMBER<br>8936 Cr 0858 | ATTORNEY NAME | |
|---|---|---|---|
| COURT DIVISION<br>SALEM | NAME, ADDRESS AND ZIP CODE OF DEFENDANT<br>Thomas P. Scola<br>LaRose Avenue<br>Gloucester, Mass. | ☐ Waived<br>☑ Retained<br>☐ Assigned<br>TERMS OF RELEASE | McBusr<br>O'Hara |

| DEF. DOB<br>6/19/70 | OFFENSE CODE(S)<br>802 / F32 | DATE | PROCEEDING |
|---|---|---|---|
| DATE OF OFFENSE<br>3/6/89 | PLACE OF OFFENSE<br>Beverly | 3/7/89<br>10/1/89<br>3/2/90 | ☑ Arraigned before J.<br>☑ Advised of right to counsel<br>☑ Advised of right to drug exam<br>☑ Advised of right to bail review<br>☐ Advised of right to F.I. Jury Trial<br>☑ Waives ☐ Requests F.I. Jury Trial<br>☐ Warrant issued ☐ Default warrant issued<br>☑ Default removed ☑ Warrant recalled<br>☐ Warrant issued ☐ Default warrant issued<br>☐ Default removed ☐ Warrant recalled |
| COMPLAINANT<br>Trooper Glasheen | POLICE DEPARTMENT<br>SP | | |
| DATE OF COMPLAINT<br>3/7/89 | RETURN DATE AND TIME<br>3/7/89 | | |

### Count-Offense: a. POSS. CLASS B SUB. W/INT TO DISTRIB. C94C S32A

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| 200 | | | 80 |

| DATE<br>10/1/89 | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea:<br>☑ Admits suff. facts<br>FINDING   JUDGE<br>G     Day | IMPRISONMENT AND OTHER DISPOSITION<br>2 yr prob<br>3312A000  11/22/91 VVCR  15.00 |
|---|---|---|
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION   DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

### Count-Offense: b. CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40

| DATE<br>10/1/89 | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea:<br>☑ Admits suff. facts<br>FINDING   JUDGE<br>       Day | IMPRISONMENT AND OTHER DISPOSITION<br>Dismissed<br>3312A000  11/22/91 CRIMNAL2  200.00 |
|---|---|---|
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION   DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| DATE | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts<br>FINDING   JUDGE | IMPRISONMENT AND OTHER DISPOSITION<br>Money pd to probation<br>Pt def p/Collins | | | |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION   DATE<br>☐ Discharged from probation<br>☐ Dismissed at request of probation | | | |

| COUNT-OFFENSE | | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|---|
| DATE | PLEA<br>☐ Not Guilty ☐ Guilty ☐ Nolo<br>☐ New Plea: ☐ Admits suff. facts<br>FINDING   JUDGE | IMPRISONMENT AND OTHER DISPOSITION<br>1-31-90<br>C-10/18/91 prob | | | |
| | ☐ Cont. w/o finding until:<br>☐ Appeal of find. & disp.   ☐ Appeal of disp. | FINAL DISPOSITION   DATE<br>☐ Discharged from probation  3/2/90<br>☐ Dismissed at request of probation | | | |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|
| 4-4-89 | PTC | | | 8/27/88 | | | |
| 5/23/89 | STATUS | | | 9/11/89 | | | |
| 6/20/89 | Status | Appointment of Counsel | 10/1/89 | Status | | |
| 7-25-89 | PTC | | | | | | |

| WAIVER OF JURY TRIAL | DOCKET NUMBER | TRIAL COURT OF MASSACHUSETTS DISTRICT COURT DEPARTMENT |
|---|---|---|
| COURT DIVISION <br> Salem D.C. | COMMONWEALTH VS _Thomas Scola_ <br> NAME OF DEFENDANT ||

## WAIVER OF RIGHT TO JURY TRIAL

For use in cases governed by the one-trial procedure.   St.1986 c.537

☒ COUNSEL WAIVED
☒ REPRESENTED BY COUNSEL

I, the above named defendant, have been given notice of my right to have a jury trial. I understand this notice. I hereby waive my right to a jury trial on the complaint(s) specified above.

_10/11/89_
DATE

X _Thomas Scola_
SIGNATURE OF DEFENDANT

_____
DATE

_____
SIGNATURE OF PARENT/GUARDIAN OF JUVENILE

SEP 1 7 1991

COMMONWEALTH OF MASSACHUSETTS

TRIAL COURT DIVISION

APPLICATION TO THE COURT

TO: THE HONORABLE JUSTICE OF: __SALEM__ COURT. UNDER PROVISIONS OF SECTION 72-A, CHAPTER 227, OF THE GENERAL LAWS, [AS AMENDED BY CHAPTER 343 OF THE ACTS OF 1965] I RESPECTFULLY ASK THE HONORABLE COURT TO ISSUE A WRIT OF HABEAS CORPUS OR DISPOSITION OF THE CRIMINAL CHARGES PENDING AGAINST ME IN CASE NUMBER __8936CR0858__.

_Thomas Scola_   9/13/91
SIGNATURE OF INMATE   DATE

CERTIFICATION OF COMMISSIONERS OF CORRECTION

I HEREBY CERTIFY THAT __THOMAS SCOLA__ NUMBER __9103023__ NOW AT THE ESSEX COUNTY CORRECTIONAL FACILITY IS SERVING A SENTENCE OF __1 YR__ WHICH HE RECEIVED IN THE __PEABODY__ COURT ON __8/26/91__. THE INMATE HAS NOW SERVED APPROXIMATELY __20 DAYS__ OF SAID SENTENCE; ON THE SENTENCE THE INMATE IS ENTITLED TO __60 DAYS__ STATUTORY GOOD TIME. THE GOOD CONDUCT DISCHARGE DATE IS __6/26/92__. THE PAROLE ELIGIBILITY DATE IS __2/24/92__.

RESPECTFULLY SUBMITTED,

_Major Sue Rutkowski_   9/16/91
WARRANT OFFICER

ESSEX COUNTY CORRECTIONAL FACILITY
20 MANNING ROAD
P.O. BOX 807
MIDDLETON, MASSACHUSETTS  01949
ATTN: WARRANT OFFICER

| NOTICE OF RECALL OF WARRANT | POLICE DEPARTMENT State Police | Trial Court of Massachusetts District Court Department |
|---|---|---|
| NAME OF DEFENDANT Thomas Scola 40 Rose Ave Gloucester, Mass | DEF DOB 6/19/70 | COURT Salem District Court 65 Washington Street Salem, MA. 01970 |
| DOCKET NUMBER 8756CR 0838 | DATE WARRANT ISSUED 3/2/90 | DATE WARRANT RECALLED 9/25/91 | REASON FOR RECALL ☐ Case has been disposed of ☐ Default removed and case continued to _____ DATE ☒ Other (give reason) pd |

### RECORD OF TELEPHONE OR PERSONAL NOTIFICATION OF RECALL BY COURT TO POLICE

| NAME OF POLICE EMPLOYEE SPOKEN TO Lane | SIGNATURE OF COURT EMPLOYEE GIVING VERBAL NOTIFICATION |
|---|---|
| TITLE OF POLICE EMPLOYEE SPOKEN TO Trooper | DATE AND TIME OF VERBAL NOTIFICATION 9/25/91  1249hrs |

**TO THE POLICE DEPARTMENT NAMED ABOVE:**

You are hereby notified that the warrant(s) listed above has (have) been recalled by the court. Please return the warrant(s), without service, to the court as soon as possible.

Please also delete any reference to the warrant(s) from any warrant information system which your department maintains or participates in.

Please complete the "Police Memorandum of Return of Warrant" at the bottom of this form, and **promptly return this form, along with the warrant(s), to the court.**

9/25/91
DATE

_____
AUTHORIZED COURT SIGNATURE

---

### POLICE MEMORANDUM OF RETURN OF WARRANT

☐ Warrant returned herewith.

☐ Warrant returned on _____ (date).

☐ Unable to locate warrant after diligent search.

☐ Other: _____

_____
DATE

_____
AUTHORIZED POLICE SIGNATURE

DC-CR-11 (4/86)

| APPLICATION FOR COMPLAINT | ☑ ADULT  ☐ JUVENILE | NUMBER | | Trial Court of Massachusetts District Court Department |
|---|---|---|---|---|
| ☑ ARREST   ☐ HEARING   ☐ SUMMONS   ☐ WARRANT | | | | COURT DIVISION |
| The within named complainant requests that a complaint issue against the within named defendant, charging said defendant with the offense(s) listed below. | | | | Salem District Court 65 Washington Street Salem, MA. 01970 |

| DATE OF APPLICATION | DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|---|
| 3-6-89 | 3-6-89 | Beverly |

**NAME OF COMPLAINANT**
Trp. Francis Glasheen

**ADDRESS AND ZIP CODE OF COMPLAINANT**
Beverly Police Department
191 Cabot Street
Beverly, MA 01915

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT**
Thomas P. Scola
La Rose Avenue
Gloucester, MA 0193_

| NO. | OFFENSE | G.L. Ch. and Sec |
|---|---|---|
| 1. | Kn Poss Ch 8's cs W/ intent to Dist. | |
| 2. | 80z | |
| 3. | Conspiracy to Violate 832 | |
| 4. | | |

| COURT USE ONLY → | A hearing upon this complaint application will be held at the above court address on | DATE OF HEARING | TIME OF HEARING AT | ← COURT USE ONLY |
|---|---|---|---|---|

### CASE PARTICULARS — BE SPECIFIC

| NO. | NAME OF VICTIM Owner of property, person assaulted, etc. | DESCRIPTION OF PROPERTY Goods stolen, what destroyed, etc. | VALUE OR PROPERTY Over or under $250. | TYPE OF CONTROLLED SUBSTANCE OR WEAPON Marijuana, gun, etc. |
|---|---|---|---|---|
| 1 | | | | LSD |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**OTHER REMARKS:**

*Francis J. Glasheen*
SIGNATURE OF COMPLAINANT

### DEFENDANT IDENTIFICATION INFORMATION — Complete data below if known.

| DATE OF BIRTH | PLACE OF BIRTH | SOCIAL SECURITY NUMBER | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 6-19-70 | Gloucester | | M | Cau | 6'1" | 175 | BRN | BRN |

| OCCUPATION | EMPLOYER/SCHOOL | MOTHER'S NAME (MAIDEN) | FATHER'S NAME |
|---|---|---|---|
| | | | |

### ▼ COURT USE ONLY ▼

| DATE | DISPOSITION | AUTHORIZED BY |
|---|---|---|
| | **NO PROCESS TO ISSUE**<br>☐ At request of complainant<br>☐ Complainant failed to prosecute<br>☐ Insufficient evidence having been presented | |
| | **PROCESS TO ISSUE**<br>☐ Sufficient evidence presented<br>☐ Defendant failed to appear | **TYPE OF PROCESS**<br>☐ Warrant<br>☐ Summons returnable _____ |
| | ☐ Continued to _____ | |

**COMMENTS**