# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1070

UNITED STATES
Appellant

v.

THOMAS SCOLA
Defendant - Appellee

**JUDGMENT**

Entered: June 25, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

**MARGARET CARTER**

**Richard Cushing Donovan, Clerk**    By: _____
                                          Chief Deputy Clerk

_/s/_
**Deputy Clerk**

Date: 6/25/07

[cc: Thomas Scola, David G. Tobin, AUSA, Janice Bassil, Esq.]